# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND OCHOA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DE. JEAN-PIERRE,<br><br>　　　　Defendant.<br>_____/ | CASE NO.   1:09-cv-1627-AWI-MJS (PC)<br><br>ORDER REFERRING CASE TO PRO BONO PROGRAM FOR THE APPOINTMENT OF COUNSEL |

Plaintiff Raymond Ochoa, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 15, 2009. The action is proceeding on Plaintiff's original complaint against Defendant Dr. Jean-Pierre for acting with deliberate indifference to Plaintiff's medical needs in violation of the Eighth Amendment.

Plaintiff has filed a Motion for Appointment of Counsel. (ECF No. 16.) He states that he did not graduate from high school and fears that his limited education, coupled with his incarcerated status, will negatively impact his ability to litigate his claim. Upon review, the Court deems it appropriate to attempt to secure counsel for Plaintiff in this case. 28 U.S.C. § 1915(e)(1); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997).

///

///

///

///

Accordingly, this case is HEREBY REFERRED to Sujean Park, Program Director for the Pro Bono Program of the Eastern District of California, to seek voluntary counsel to represent Plaintiff in this action.

IT IS SO ORDERED.

Dated:   December 23, 2010              /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE