# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND OCHOA, | CASE NO.   1:09-cv-1627-AWI-MJS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO APPOINT COUNSEL |
| v. | (ECF No. 16) |
| DR. JEAN-PIERRE, | |
| Defendant. | ATTORNEY DOUGLAS GORDON APPOINTED TO REPRESENT PLAINTIFF |
| _____/ | |

Plaintiff Raymond Ochoa, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 15, 2009.  On December 20, 2010, Plaintiff filed a Motion to Appoint Counsel. (ECF No. 16.) The Court found the appointment of counsel was warranted and referred the case to the Eastern District's Pro Bono Coordinator to seek voluntary counsel to represent Plaintiff in this action. (ECF No. 17.)  Douglas Gordon has been selected from the Court's pro bono attorney panel to represent plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for appointment of counsel (ECF No. 16.) is GRANTED.

2. Douglas Gordon is appointed as counsel in the above entitled matter.

3.  Douglas Gordon shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

///

///

1 |     4.  The Clerk of the Court is directed to serve a copy of this order upon Douglas Gordon, Miles Sears & Eanni, 2844 Fresno Street, Fresno, California 93721.

IT IS SO ORDERED.

Dated:  January 27, 2011                    /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE