UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND OCHOA, | CASE NO. 09-cv-1627-MJS(PC) |
| Plaintiff, | ORDER ON STIPULATION TO MODIFY THE SCHEDULING ORDER |
| vs. | (ECF No. 27) |
| DR. JEAN-PIERRE, | |
| Defendant. | |

Plaintiff Raymond Ochoa ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff and Defendant Jean-Pierre have consented to the Magistrate Judge handling all matters in this action. (ECF Nos. 23 & 24.)

On January 31, 2012, the parties filed a stipulation to modify the Scheduling Order. (ECF No. 27.) Having reviewed the parties' stipulation, the Court finds that good cause exists to modify the Scheduling Order.

IT IS THEREFORE ORDERED that

1)   The discovery cut-off date is continued to November 6, 2012; and

////

////

////

2)      The date to file dispositive motions is continued to January 7, 2013.

IT IS SO ORDERED.

Dated:     February 8, 2012                    /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE