

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| RAYMOND OCHOA | | |
|---|---|---|
| Plaintiff(s) | Case Number: | 1:09-CV-01627-MJS (PC) |
| v. | | |
| DR. JEAN-PIERRE | REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED PRO BONO COUNSEL) | |
| Defendants. | | |

## REQUEST OF PRO BONO COUNSEL FOR PRE-APPROVAL OF EXPENDITURES

*Complete this form and return it to the court for approval prior to incurring the cost for which reimbursement is requested.*

*All yellow highlighted fields must be completed prior to submission of this form.*

I, __DOUGLAS L. GORDON__, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on __January 27, 2011__, by the Honorable __Michael J. Seng__, United States District Judge/Magistrate Judge.

*If no expenditure is being requested in one or more of the following itemized areas, enter 0 in the appropriate field.*

**TRAVEL EXPENSES:**

| | | |
|---|---|---|
| ☐ Miles (Mileage is paid at the prevailing GSA rate which is available at www.gsa.gov). | $ | 0.00 |
| Non-mileage travel expenses: | $ | 481.77 |
| DEPOSITION COSTS: (Not covered by the Court Reporters Transcript Fund) | $ | 0.00 |
| SERVICE OF PAPERS, WITNESS FEES: | $ | 0.00 |
| INTERPRETER AND EXPERT WITNESS FEES: | $ | 0.00 |
| PHOTOCOPIES, PHOTOGRAPHS, & TELEPHONE TOLL CALLS: | $ | 0.00 |
| OTHER: (A description of expenses must be attached) | $ | 0.00 |

**Please provide a more detailed description of your expense request.**

Travel expenses to be incurred regarding the deposition of Plaintiff Raymond Ochoa, scheduled for September 28, 2012, in San Diego, California:

Round-trip airfare from Fresno to San Diego - $322.40
Hotel - $105.77
Rental Car - $53.60

| TOTAL AMOUNT REQUESTED: | $ | 481.77 |
|---|---|---|

I therefore request that this court authorize the expenditure(s) stated above which is/are necessary to continue my pro bono representation of plaintiff.

Case Number: 1:09-CV-01627-MJS (PC)

The following requests for authority to incur costs in this case have already been approved. The amount that has been reimbursed by the court for each previously approved expenditure is indicated in the "Amount Reimbursed" column.

| Amount Approved | Purpose | Amount Reimbursed |
|---|---|---|
| $725.00 | Pre-deposition meeting fee with Robert Allen, M.D. on 7/25/12 | 0.00 |
| $1,500.00 | Witness fee of Robert Allen, M.D. re deposition taken on 7/25/12 | 0.00 |
| $187.59 | Round-trip mileage from Fresno to Sacramento re deposition of Robert Allen, M.D., taken on 7/2512 | 0.00 |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of September, 2012, at Fresno, California.

_[signature]_
Attorney's Signature

APPROVED. _[signature]_  9/25/12
MICHAEL J. SENG
U.S. MAGISTRATE JUDGE

For questions concerning this form, please contact:
ADR & Pro Bono Program Director
United States District Court, Eastern District of California
501 I Street, Suite 4-200, Sacramento, CA 95814
Email: spark@caed.uscourts.gov