1  Janine K. Jeffery, Esq. CBN 112639
    Jjeffery@reilyjeffery.com
2  Oren Rosenthal, Esq. CBN 243110
    Orosenthal@reilyjeffery.com
3  REILY & JEFFERY
   19839 Nordhoff Street
4  Northridge, California  91324
   Telephone:  (818) 350-6282
5  Fax No.:  (818) 350-6283

6  Attorneys for Defendant,
   JEAN-PIERRE

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  RAYMOND OCHOA,                    )  CASE NO. CV 1-09-1627-MJS(PC)
                                      )
12         Plaintiff,                 )  **ORDER ON STIPULATION TO**
                                      )  **MODIFY THE AMENDED**
13         vs.                        )  **SCHEDULING ORDER**
                                      )
14  DR. JEAN-PIERRE,                  )  *(Filed Concurrently with Stipulation)*
                                      )
15         Defendant.                 )  Hon. Michael J. Seng
    _____    )  U.S. Magistrate Judge
16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

i

ORDER ON STIPULATION TO MODIFY THE SCHEDULING ORDER

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA
10
11  RAYMOND OCHOA,                    )   CASE NO. CV 1-09-1627-MJS(PC)
                                      )
12         Plaintiff,                 )   **ORDER ON STIPULATION TO**
                                      )   **MODIFY THE SCHEDULING ORDER**
13     vs.                            )
                                      )
14  DR. JEAN-PIERRE,                  )
                                      )
15         Defendant.                 )
                                      )
16  _____
17
         Good cause exists to modify the amended scheduling order (ECF # 27):
18
19
         IT IS THEREFORE ORDERED that
20
     1)   The discovery cut-off date is continued to March 29, 2013.
21
     2)   The date to file dispositive motions is continued to May 31, 2013.
22
23
IT IS SO ORDERED.
24
Dated:   October 30, 2012            /s/ *Michael J. Seng*
25                                   UNITED STATES MAGISTRATE JUDGE
26
27
28

1

ORDER ON STIPULATION TO MODIFY THE SCHEDULING ORDER